OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Farwick, Admr., Appellant, v. Sisters of Mercy of Clermont
County, Ohio, Inc., d.b.a. Clermont Mercy Hospitals, et al.,
Appellees.
[Cite as Farwick v. Sisters of Mercy of Clermont Cty., Ohio,
Inc. (1994),     Ohio St.3d    .]
Hospitals -- Physicians and surgeons -- Malpractice -- Hospital
     may be held liable under doctrine of agency by estoppel
     for the negligence of independent medical practitioners
     practicing in the hospital, when.
     (No. 93-1465 -- Submitted January 25, 1994 -- Decided
March 16, 1994.)
     Appeal from the Court of Appeals for Clermont County, No.
CA92-08-085.

     John Woliver and Marlene Penny Manes, for appellant.
     Kohnen & Patton and Anthony J. Caruso, for appellee
Clermont Mercy Hospitals.
     Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Gayle E.
Arnold and Karen L. Clouse, for appellees Steward Friedman and
Associated OB-GYN Physicians, Inc.

     The cause is reversed and remanded to the trial court on
Proposition of Law No. 1 on authority of Clark v. Southview
Hosp. & Family Health Ctr. (1994),     Ohio St.3d    ,     ,
N.E.2d    , decided today.  The appeal is dismissed, sua
sponte, on Propositions of Law Nos. 2 and 3, as having been
improvidently allowed.
     A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer,
JJ., concur.
     Moyer, C.J., and Wright, J., dissent.